DANIEL V. KOHLS (State Bar No. 167987)
CHRISTINE E. JACOBS (State Bar No. 216679 )
HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
3001 LAVA RIDGE COURT, SUITE 120
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339

Attorneys for Plaintiff ALAN J. HARRISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J. HARRISON, | Case No. 2:07-CV-01624-MCE-GGH |
| Plaintiff, | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| vs. | |
| WEI-JEN HARRISON, | |
| Defendant. | |

Pursuant to a Stipulation entered into between the parties, plaintiff ALAN J. HARRISON has agreed to request a dismissal of the Complaint against defendant WEI-JEN HARRISON, in the above-referenced action, without prejudice.  This dismissal is being requested in order to further the potential for settlement of disputes between the parties in ongoing state court proceedings.

Dated:  October 7, 2008

                              HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP

                              By:    /s/ Daniel V. Kohls

                              DANIEL V. KOHLS
                              Attorneys for Plaintiff ALAN J. HARRISON

-2-

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff ALAN J. HARRISON in USDC Case No. 2:07-CV-01624-MCE-GGH, is dismissed without prejudice as to defendant WEI-JEN HARRISON.

The Clerk is directed to close the file.

Dated: October 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE